■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. MORGAN, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: The order thus affirmed denies relator's application for relief on the ground that the indictment was not indorsed by the Grand Jury foreman. The determination of the County Court that it was so indorsed was amply supported by the record. (See, also, *Brotherton* v. *People,* 75 N. Y. 159, 162.) Order unanimously affirmed, without costs of this appeal to either party. Memorandum: The second order thus affirmed denies the relator's application for relief on the ground that the provisions of section 480 of the Code of Criminal Procedure were not complied with. (Appeal from order of Wyoming County Court dismissing a writ of habeas corpus, following a hearing, and remanding relator to custody of Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ EDWIN H. ZABOROWSKI, Respondent, v. BEN SALTER, Appellant.— Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict of the jury is against the weight of evidence. (See *Weigand* v. *United Traction Co.,* 221 N. Y. 39, 42; *Anderson* v. *Burkhardt,* 275 N. Y. 281.) (Appeal from judgment of Erie Trial Term in favor of plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ CATHERINE B. UNIVERSAL, as Administratrix of the Estate of JOHN UNIVERSAL, Deceased, Appellant, v. RITA E. STIVERS et al., Respondents.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence. All concur, except Williams, P. J., who dissents and votes to affirm. (Appeal from judgment of Niagara Trial Term, dismissing the complaint upon the merits on a verdict of no cause of action. The order denied plaintiff's motion to set aside the verdict.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.